RECEIVED
IN ALEXANDRIA, LA.

SEP 1 5 2009

TONY R. MOORE, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| RICHARD L. JENKS, JR. | : | DOCKET NO. 08-0560 |
|---|---|---|
| VS. | : | JUDGE TRIMBLE |
| JOHN STEPHEN CART, CARTCO, LLC AND STRATA CONTROL SERVICES, INC. | : | MAGISTRATE JUDGE KAY |

## JUDGMENT OF PARTIAL DISMISSAL

Before the Court is a "Stipulation of Voluntary Dismissal without Prejudice of Certain Claims for Declaratory Relief Brought by Plaintiff" (doc. #52) filed by Plaintiff and Defendants wherein the parties seek to dismiss without prejudice Plaintiff's request for declaratory relief regarding the rental value of real property and equipment against the defendants pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Accordingly, it is

**ORDERED, ADJUDGED AND DECREED** that the motion is hereby **GRANTED** dismissing without prejudice Plaintiff's request for declaratory relief regarding the rental valuation of real property and Plaintiff's request for declaratory relief regarding the rental valuation of equipment.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 15th day of September, 2009.

_____
JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE